# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.A. FISCHER, D.J. SMITH**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## MARK A. CONTRERAS
## AIRCREW SURVIVAL EQUIPMENTMAN
## THIRD CLASS (E-4), U.S. NAVY

## NMCCA 201400208
## SPCIAL COURT-MARTIAL

**Sentence Adjudged:** 13 March 2014.
**Military Judge:** CAPT A.H. Henderson, JAGC, USN.
**Convening Authority:** Commanding Officer, Fleet Readiness Center Southwest, San Diego, CA.
**For Appellant:** Maj Emmett Collazo, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**18 September 2014**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court